FILED
FEB 10 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES K. JONES,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>F.B. HAWES, Warden,<br><br>　　　　Respondent. | Case No. CV 08-6725-GW (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: February 10, 2009

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　George Wu
　　　　　　　　　　　　　　　United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 11 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY